

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel :(408)295-5595
Fax :(408)295-9852

Attorney for Debtors

**CHANGES MADE BY COURT**

Signed and Filed: October 2, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ELEAZAR M. SUNGA<br>SHERYLL MIRANDA SUNGA<br><br>Debtors | Case No.: 19-30971-DM<br><br>**ORDER APPROVING EMPLOYMENT AND RETENTION OF THE FULLER LAW FIRM, P.C. AS ATTORNEYS FOR DEBTORS**<br><br>CHAPTER 11<br><br>Date:    none set<br>Time:   none set<br>Court:   none set |

    Upon the Application of debtors seeking an order authorizing the employment and retention of The Fuller Law Firm, P.C. as their attorney and upon the declaration of Lars Fuller in support thereof, and it satisfactorily appearing that none of the attorneys of The Fuller Law Firm, P.C. nor The Fuller Law Firm, P.C. represent or hold any interest adverse to the debtors or the estate in the matters upon which The Fuller Law Firm, P.C. is to be engaged and that the

employment will be in the best interest of the estate and no adverse interest being represented, it is

ORDERED that debtors be and hereby are authorized to employ The Fuller Law Firm, P.C. as debtors' Chapter 11 bankruptcy attorney under the terms set forth in the Application for Employment to perform the following services through the earlier of the date of confirmation, dismissal or conversion to another chapter:

    a.    Advise the debtors with respect to their powers and duties as debtors-in-possession in the continued management and operation of its assets;

    b.    Attend meetings and negotiate with representatives of creditors and other parties in interest and advise and consult on the conduct of the case, including all of the legal and administrative requirements of operating in Chapter 11.

    c.    Take all necessary actions to protect and preserve the debtors' estate including the defense of any actions commenced against the debtors in the Bankruptcy Court, negotiations concerning all litigation in which the debtors are involved and objections to claims filed against the estate.

    d.    Prepare on behalf of debtors all motions, applications, answers, orders, reports, and papers necessary to the administration of the estate and to review but not prepare the monthly operating reports prepared by the debtors.

    e.    Negotiate and prepare on debtors' behalf a plan of reorganization, disclosure statement, all related agreements and/or documents and take any necessary action on behalf of the debtors to obtain confirmation of such plan.

    f.    Advise the debtors with respect to the retention of assets;

g. Appear before this Court and the U.S. Trustee to protect the interests of the debtors' estate;

h. Perform all other necessary legal services and provide all other necessary legal advice to the debtors in connection with this Chapter 11 through the date of confirmation but not in any converted case.

IT IS FURTHER ORDERED that The Fuller Law Firm, P.C. shall make further application to the Court before receiving any further compensation. The court's GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS AND TRUSTEES (available on the court's website) will apply.

**END OF ORDER**

COURT SERVICE LIST

No parties to be served