Signed and Filed: September 8, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re, | ) Bankruptcy Case |
| | ) No. 19-30971-DM |
| ELEAZAR M. SUNGA AND | ) |
| SHERYLL V. MIRANDA-SUNGA, | ) Chapter 11 |
| | ) Subchapter V |
| | ) |
| Debtors. | ) |
| | ) |

**ORDER REGARDING FINAL DECREE, OR IN THE ALTERNATIVE,
TO SHOW CAUSE WHY THE CASE SHOULD NOT BE CONVERTED TO CHAPTER 7**

On August 11, 2020, the court entered an *Order Confirming Plan of Reorganization Dated August 10, 2020* (Dkt. 92). On September 24, 2020, Debtors filed a *Notice of Substantial Consummation* (Dkt. 98).

In light of the foregoing, it is hereby ORDERED that Debtors shall file a request for entry of final decree, or in the alternative, the Debtors are directed to show cause why this case should not be converted to Chapter 7. The request or written response shall be filed no later than September 21, 2023.

**END OF ORDER**

-1-

## COURT SERVICE LIST

Eleazar M. Sunga
35 Parkrose Avenue
Daly City, CA 94015-4421

Sheryll V. Miranda-Sunga
35 Parkrose Avenue
Daly City, CA 94015-4421

Case: 19-30971    Doc# 110    Filed: 09/08/23    Entered: 09/08/23 14:53:49    Page 2 of 2