# Notice Recipients

District/Off: 0971–3   User: admin   Date Created: 9/8/2023
Case: 19–30971   Form ID: pdfeoc   Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Eleazar M. Sunga      35 Parkrose Avenue      Daly City, CA 94015–4421
jdb      Sheryll V. Miranda–Sunga      35 Parkrose Avenue      Daly City, CA 94015–4421

TOTAL: 2