Entered on Docket
November 03, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 3, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ELEAZAR M. SUNGA<br>SHERYLL V. MIRANDA-SUNGA<br><br>Debtors | CASE NO. 19-30971-DM<br><br>**ORDER GRANTING APPLICATION FOR ENTRY OF FINAL DECREE**<br><br>Chapter 11<br>[Subchapter V]<br><br>Date:  None Set<br>Time:  None Set<br>Ctrm.:  17 |

On the Application of Debtors, Eleazar M.Sunga and Sheryll V. Miranda-Sunga, for an Order for Final Decree, good cause appearing and there being no objection or request for hearing,

IT IS ORDERED THAT a Final Decree be and hereby is entered and the Clerk of the Court is directed to close the case.

**\*\*\*END OF ORDER\*\*\***

## COURT SERVICE LIST

All electronic service.